Morrissey v Morrissey (2026 NY Slip Op 01164)

Morrissey v Morrissey

2026 NY Slip Op 01164

Decided on March 03, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 03, 2026

Before: Webber, J.P., Shulman, Higgitt, Rosado, Hagler, JJ. 

Index No. 301220/24|Appeal No. 5977|Case No. 2025-01632|

[*1]Martha Elizalde Morrissey, Plaintiff-Appellant,
vMichael Joseph Morrissey, Defendant-Respondent.

Martha Elizalde Morrissey, appellant pro se.
Zimmet Law Group P.C., New York (Richard A. Schioppo of counsel), for respondent.

Order, Supreme Court, New York County (Michael L. Katz, J.), entered on or about January 24, 2025, which denied plaintiff wife's motion to consolidate a Family Court proceeding pending in New York County with this matrimonial action, and for a renewed award of maintenance and for pendente lite relief, without prejudice to seeking the same relief in a pending matrimonial action between the parties in Supreme Court, Queens County, and granted defendant husband's cross-motion to dismiss the action pursuant to CPLR 3211(a)(4), unanimously affirmed, without costs.
The husband demonstrated that the Queens County matrimonial action, which was pending at the time the wife commenced this matrimonial action, arose from the same subject matter, sought substantially the same relief, and involved the same parties. Accordingly, Supreme Court providently exercised its "broad discretion" in granting the husband's cross-motion to dismiss pursuant to CPLR 3211(a)(4) (Whitney v Whitney, 57 NY2d 731, 732 [1982]; see Matter of Pryce v Pryce, 160 AD3d 965, 966 [2d Dept 2018]).
We have reviewed the wife's remaining contentions and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 3, 2026